■ ANDREW JOHNSON, Respondent, v NEW YORK MUTUAL UNDERWRITERS INSURANCE COMPANY, Appellant.—Judgment unanimously affirmed with costs. Memorandum: Supreme Court correctly held that the executory land contract did not affect plaintiff's insurable interest or the amount recoverable under the fire insurance policy *(see,* Insurance Law § 3402). The insurable interest of the vendor in a land contract is the full value of the insured property *(Rosenbloom v Maryland Ins. Co.,* 258 App Div 14; *see also, First Fed. Sav. & Loan Assn. v Nichols,* 33 AD2d 259). That the land contract placed the risk of loss on the vendee does not eliminate such interest *(see, Meade v North Country Co-Op. Ins. Co.,* 120 AD2d 834, 836-837). Defendant improperly relies on case law involving mortgagees' rights under fire insurance policies *(e.g., Whitestone Sav. & Loan Assn. v Allstate Ins. Co.,* 28 NY2d 332; *Heilbrunn v German Alliance Ins. Co.,* 150 App Div 670, *appeal dismissed* 206 NY 683). (Appeal from Judgment of Supreme Court, Niagara County, Notaro, J.—Insurance Proceeds.) Present—Denman, P. J., Boomer, Boehm, Fallon and Davis, JJ.